## WILLIAMS, ET. AL. V. WILLIAMS.

*Ejectment.*

(Decided April 14, 1907.)

APPEAL from Pike Circuit Court.
Heard before Hon. H. A. PEARCE.
M. N. CARLISLE, for appellant.
BRANNEN & GARDNER, for appellee.
Opinion by DENSON, J.
Affirmed.
TYSON, C. J., and HARALSON and SIMPSON, JJ., concur.

## BRADFORD & SONS V. HARIS.

*Claim Suit.*

(Decided 26, 1907.)

APPEAL from Randolph Circuit Court.
Heard before Hon. S. L. BREWER.
WALTER S. SMITH, for appellant.
JOHN OVERTON, for appellee.
Per Curiam.—Reversed and remanded on the authority of *Bradford & Sons v. Bassett,* 151 Ala. 520, 44 South. 59.